**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CASSAUNDRA COLEMAN and TREVON DAVIS, | § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. H-11-1460 |
| | § |
| FORT BEND INDEPENDENT SCHOOL DISTRICT, *et al.*, | § § § |
| Defendants. | § § |

**FINAL JUDGMENT**

On August 24, 2012, a bench trial was held in this case. The plaintiff, Cassaundra Coleman, individually and on behalf of T.D., a minor, and her attorney, Scot G. Dollinger, and the defendant, Ronald Wayne Phillips, representing himself, appeared. The defendant, Fort Bend Independent School District, was previously dismissed. (Docket Entry No. 25). Coleman and Phillips both waived their right to trial by jury in writing. Coleman waived any claim for attorney's fees against Phillips.

After opening statements, Coleman and Phillips presented evidence. The court issued its findings and conclusions in open court. The court found and concluded that Phillips is liable for negligently harming T.D. The damages consist of medical expenses in the amount of $3,188.10 to be paid to Coleman and personal-injury damages in the amount of $1,500.00 to be paid to Coleman on behalf of her minor son, T.D.

The court renders judgment in favor of Coleman, individually, against Phillips, in the amount of $3,188.10 for past medical expenses arising from the treatment of T.D. The court also renders

judgment in favor of Coleman, on behalf of T.D., against Phillips, in the amount of $1,500.00, for past pain and suffering damages suffered by T.D.

Phillips is also liable to Coleman for taxable costs in the amount of $410.00, consisting of $350.00 for the filing fee and $60.00 for the fee for private service of process.

This final judgment bears postjudgment interest at the rate of 0.19% per year.

SIGNED on August 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge